# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 13-819 PA |
| Date | May 13, 2014 |
| Present: The Honorable | Percy Anderson, U.S. District Judge |
| Interpreter | |

| Paul Songco | Leandra Amber and Rosalyn Adams | Brandon Fox, Liz Rhodes, Maggie Carter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (5) James Sexton | | X | X | (5) Tom O'Brien, Nick Begakis | | X | X |

|   | Day COURT TRIAL | **1st** Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|
|   | One day trial;  **X** Begun (1st day);  **X** Held & continued;   Completed by jury verdict/submitted to court. |

**X** The Jury is impaneled and sworn.

**X** Opening statements made  by government and defendant

☐ Witnesses called, sworn and testified.

☐ Exhibits identified     ☐ Exhibits admitted

☐ Government rests.     ☐ Defendant(s) _____ rest.

☐ Motion for mistrial by _____  is  ☐ granted  ☐ denied  ☐ submitted

☐ Motion for judgment of acquittal (FRCrP 29)  is  ☐ granted  ☐ denied  ☐ submitted

☐ Closing arguments made     ☐ Court instructs jury     ☐ Bailiff sworn

☐ Alternates excused     ☐ Jury retires to deliberate     ☐ Jury resumes deliberations

☐ Finding by Court as follows:     ☐ Jury Verdict as follows:

Dft # ____  Guilty on count(s) ____     Not Guilty on count(s) ____

☐ Jury polled     ☐ Polling waived

☐ Filed Witness & Exhibit lists   ☐ Filed Jury notes   ☐ Filed Jury Instructions   ☐ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.   Remand/Release# ____ issd.   Dft # ____ released from custody.

☐ Bond exonerated as to Dft # ____

**X** Case continued to  May 14, 2014 at 8:00 a.m.  for further trial/further jury deliberation.

☐ Other:

                                                                6 : 07

                                    Initials of Deputy Clerk   PS