# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 13-819 PA |
| Date | May 15, 2014 |
| Present: The Honorable | Percy Anderson, U.S. District Judge |
| Interpreter | |

| Paul Songco | Leandra Amber, Rosalyn Adams | Brandon Fox, Liz Rhodes, Maggie Carter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (5) James Sexton | | X | X | (5) Tom O'Brien, Nick Begakis | X | | X |

    Day <u>COURT TRIAL</u>     3rd  Day <u>JURY TRIAL</u>     Death Penalty Phase

    One day trial;    Begun (1st day);  X  Held & continued;    Completed by jury verdict/submitted to court.

    The Jury is impaneled and sworn.

    Opening statements made

X  Witnesses called, sworn and testified.

X  Exhibits identified    X  Exhibits admitted

    Government rests.    Defendant(s) rest.

    Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

    Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

    Closing arguments made    Court instructs jury    Bailiff sworn

    Alternates excused    Jury retires to deliberate    Jury resumes deliberations

    Finding by Court as follows:    Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____    Not Guilty on count(s) _____

    Jury polled    Polling waived

    Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict

    Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

    Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

    Bond exonerated as to Dft # _____

X  Case continued to  May 16, 2014 at 8:00 a.m.  for further trial/further jury deliberation.

    Other:

                                                                                                    5 : 14

Initials of Deputy Clerk  PS