# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 13-819 PA | Title | USA v. JAMES SEXTON |
|---|---|---|---|
| Judge | PERCY ANDERSON, U.S. DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 5/13/14, 5/14/14, 5/15/14, 5/16/14, 5/19/14. 5/20/14, 5/21/14, 5/22/14 | | |
| Court Reporters or Tape No. | LEANDRA AMBER, ROSALYN ADAMS | | |
| Deputy Clerks | PAUL SONGCO | | |

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| BRANDON FOX AUSA | TOM O'BRIEN |
| LIZ RHODES, AUSA | NICK BEGAKIS |
| MAGGIE CARTER, AUSA | KATY WANNER |
| | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | 277 | 5/16/14 | 5/16/14 | Application for Writ | |
| | | | 276 | 5/16/14 | | Email dated 8/25/11 from Tanaka to Leavins | |
| | | | | | | | |
| | | | | | | SEE ATTACHED | |

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Deputy Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
MARGARET L. CARTER (Cal. Bar No. 220637)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/7413
    Facsimile: (213) 894-6436
    E-mail:   Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Maggie.Carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JAMES SEXTON,<br><br>       Defendant. | No. CR 13-819-PA<br><br>GOVERNMENT'S WITNESS LIST<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 1503(a): Obstruction of Justice]<br><br>Trial Date:  May 13, 2014<br>Trial Time:  8:30 p.m.<br>Location:    Courtroom of the<br>              Hon. Percy Anderson |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Margaret L. Carter, hereby files its Witness List.

## Government's Witnesses List

The government may call the following witnesses in its case in chief:

1. Robert Bayes, Los Angeles County Sheriff's Department 5/14/14
2. David Royston, Los Angeles County Sheriff's Department 5/14/14
3. Michelle Miller, Los Angeles County Sheriff's Department 5/14/14
4. David Dahle, Federal Bureau of Investigation
5. Charles Kunz, Los Angeles County Sheriff's Department
6. Judy Gerhardt, Los Angeles County Sheriff's Department 5/15/14
7. Michael Rathbun, Los Angeles County Sheriff's Department
8. Yolanda Baines, former contractor with the United States Marshal's Service. 5/15/14
9. Tara Adams, Los Angeles County Sheriff's Department 5/15/14 5/16/14
10. Ryan Ortiz, Los Angeles County Sheriff's Department
11. Anthony Brown
12. Leah Marx, Federal Bureau of Investigation 5/14/14, 5/15/14
13. Anthony Lewis, Assistant United States Attorney[1] 5/15/14

---

[1] AUSA Lewis is expected to simply read in the prior sworn testimony by defendant James Sexton.

| | |
|---|---|
| Dated: May 12, 2014 | Respectfully submitted, |
| | ANDRÉ BIROTTE JR.<br>United States Attorney |
| | ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/ Brandon D. Fox<br>Brandon D. Fox<br>Lizabeth A. Rhodes<br>Margaret L. Carter<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

1  THOMAS P. O'BRIEN (SB# 166369)
   thomasobrien@paulhastings.com
2  NICHOLAS J. BEGAKIS (SB# 253588)
   nickbegakis@paulhasitngs.com
3  PAUL HASTINGS LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
5  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
6
   Attorneys for Defendant
7  JAMES SEXTON

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        NO. CR 13-819-PA
12
                   Plaintiff,       **DEFENDANT JAMES SEXTON'S**
13                                  **WITNESS LIST**
        v.
14
   GREGORY THOMPSON, et al.
15                                  Trial Date:  May 13, 2014
                                    Time:        8:30 a.m.
16                 Defendants.      Judge:       Hon. Percy Anderson

17

In response to the Court's request for a list of witnesses to be read to the venire, Defendant James Sexton ("Deputy Sexton") hereby submits the following list of witnesses whom Deputy Sexton may call at trial (excluding witnesses whom Deputy Sexton may call solely for impeachment):

1. Detective Mark Lillienfeld 5/19/14
2. FBI SA Carlos Narro 5/16/14
3. Sheriff Leroy Baca (Ret.)
4. Deputy Jason Pearson
5. Deputy Ryan Ortiz
6. Deputy Michael Rathbun
7. SA Leah Marx
8. Lieutenant Steven Leavins
9. AUSA Lawrence Middleton 5/16/14
10. Paul Yoshinaga
11. Michael Gennaco
12. Steve Martinez (Former FBI Assistant Director in Charge) 5/16/14
13. Captain William T. Carey 5/19/14
14. Rebecca Lee
15. Anthony Brown
16. Peter Norrell
17. Undersheriff Paul Tanaka (Ret.) 5/16/14, 5/19/14

DATED: May 12, 2014

THOMAS P. O'BRIEN
NICHOLAS J. BEGAKIS
PAUL HASTINGS LLP

By: _____/s/_____
Nicholas J. Begakis

Attorneys for Defendant
JAMES SEXTON

United States v. James Sexton
Exhibit List

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Email dated 08/18/11, 10:12 AM, from Gregory L. Thompson to Chris J. Reddington, Roberto E. Bayes, Gerard R. Smith, Jason E. Colon re: Briefing on Brown case | 5/14/14 | 5/14/14 |
| 2 | Email dated 08/18/11, 1:31 PM, from Gregory L. Thompson to Roberto E. Bayes | 5/14/14 | 5/14/14 |
| 3 | Email chain ending 08/19/11, 12:05 PM, with email from Gerard R. Smith to Mickey S. Manzo | 5/14/14 | 5/14/14 |
| 4 | Recording of Anthony Brown Interview 8/19/11 | 5/14/14 | |
| 5 | Recording of Anthony Brown Interview 8/19/11 Excerpts | 5/14/14 | 5/14/14 |
| 6 | Transcript of Anthony Brown Interview 8/19/11 Excerpts | 5/14/14 | |
| 7 | Recording of Anthony Brown Interview 8/23/11 | 5/14/14 | |
| 8 | Recording of Anthony Brown Interview 8/23/11 Excerpts | 5/14/14 | 5/14/14 |
| 9 | Transcript of Anthony Brown Interview 8/23/11 Excerpts | 5/14/14 | |
| 10 | Email chain ending 08/15/11, 11:01:01 AM, with email from Judy A. Gerhardt to Stephen E. Leavins re: FW: Discovery Xerox | 5/14/14 | 5/14/14 |
| 11 | Email dated 08/30/11, 5:15 PM, from Judy A. Gerhardt to Christopher P. Nee re: FW: FBI Subpoenas | 5/14/14 | 5/14/14 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 12 | Grand jury subpoenas LASD received from June to October 2011 | 5/15/14 | 5/15/14 |
| 13 | Email chain ending 08/24/11, 10:06:55 AM, with email from Steven G. Spackman to William T. Carey re: Re | 5/14/14 | 5/14/14 |
| 14 | Email chain ending 08/24/11, 9:39 PM, with email from Gregory L. Thompson to Christopher P. Nee | 5/14/14 | 5/14/14 |
| 15 | Email dated 08/25/11, 12:45 PM, from Gregory L. Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | 5/14/14 | 5/14/14 |
| 16 | Email dated 08/24/11, 11:17 PM, from Gerard R. Smith to Carlos Castillo; Noah J. Kirk; Sterling G. Haley; Joseph T. Eiland; Calvin E. Lane Jr.; Justin J. Crumlish; Jason E. Colon; Matthew G. Thompson; James M. Sexton; Michael C. Rathbun; John J. Bonner; Robert W. Staggs, CC: to Mickey S. Manzo; Gregory L. Thompson; David J. Gutierrez, re: Confidential | 5/14/14 | 5/14/14 |
| 17 | Email chain ending 08/25/11, 9:37 AM, with email from Noah J. Kirk to Gerard R. Smith; Sterling G. Haley; Justin J. Crumlish; Calvin E. Lane Jr.; Joseph T. Eiland; Carlos Castillo; Matthew G. Thompson; Ryan G. Ortiz; Jason W. Pearson; James M. Sexton; Michael C. Rathbun; Robert W. Staggs; John J. Bonner, CC: to Mickey Manzo, re: RE: schedule | 5/14/14 | 5/14/14 |
| 18 | Federal Court Writ for the Grand Jury Testimony of Anthony Brown, dated 08/25/11 | 5/14/14 | 5/14/14 |
| 19 | Phone records for US Marshal Service fax machines | 5/15/14 | 5/15/14 |
| 20 | Phone record for LASD Inmate Reception Center fax machine | 5/15/14 | 5/15/14 |
| 21 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 | 5/15/14 | 5/15/14 |
| 22 | Inmate Case Summary Information Record for Inmate Anthony Brown, Booking Number 2009547 | | |

2

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 23 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 | 5/15/14 | 5/15/14 |
| 24 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 | 5/15/14 | 5/15/14 |
| 25 | INTENTIONALLY LEFT BLANK | | |
| 26 | INTENTIONALLY LEFT BLANK | | |
| 27 | Original Calendar Book for 2011, including for 08/22/11 to 08/31/11 | 5/14/14 | 5/14/14 |
| 28 | "Smith, G 431549" Notebook | 5/14/14 | 5/14/14 |
| 29 | "Daily Activities" Notebook | 5/14/14 | 5/14/14 |
| 30 | "G" Notebook | 5/14/14 | 5/14/14 |
| 31 | Booking record for "John Rodriguez," Booking Number 2855633 | 5/15/14 | 5/15/14 |
| 32 | Inmate Information Center Record for "John Rodriguez," Booking Number 2855633 | 5/15/14 | 5/15/14 |
| 33 | Booking record for "Kevin King," Booking Number 2856795 | 5/14/14 | 5/14/14 |
| 34 | "DONE 11-1-11" Notebook | 5/14/14 | 5/14/14 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 35 | Inmate Information Center Records for "Chris Johnson," Booking Number 2863148 | 5/15/14 | 5/15/14 |
| 36 | Inmate Total Movement History Record for "Chris Johnson," Booking Number 2863148 | 5/15/14 | 5/15/14 |
| 37 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 09/12/11 | 5/15/14 | 5/15/14 |
| 38 | 082611 Anthony Brown Inmate Information Center record | 5/14/14 | 5/14/14 |
| 39 | Email chain ending 08/26/11, 10:50 AM, with email from Gregory L. Thompson to Ralph G. Ornelas and William T. Carey | 5/14/14 | 5/14/14 |
| 40 | Email chain ending 08/26/11, 10:47:41 AM, with email from Gregory L. Thompson to William T. Carey | 5/14/14 | 5/14/14 |
| 41 | Email chain ending 08/26/11, 10:56 AM, with email from Gregory L. Thompson to William T. Carey, re: FW: Court Order presented by Federal Officers | 5/14/14 | 5/14/14 |
| 42 | Handwritten Letter from Inmate Anthony Brown, to Lt. Steve & Capt. Tom, Sgt. Long, Sgt. Grey, dated 09/03/11 | 5/14/14 | 5/14/14 |
| 43 | Handwritten Declaration of Inmate Anthony Brown, AB Declaration re not cooperating with FBI | 5/14/14 | 5/14/14 |
| 44 | Email chain ending 08/26/11, 9:39 AM, with email from Stephen E. Leavins to Gregory L. Thompson re: Documents for Grand Jury Subpoena | 5/14/14 | 5/14/14 |
| 45 | Email chain ending 09/09/11, 1:51 PM, with email from Sterling G. Haley to Gerard R. Smith | 5/14/14 | 5/14/14 |
| 46 | Email chain ending 09/12/11, 6:28 PM, with email from James M. Sexton to Raymond R. Cardenas, CC: to Gregory L. Thompson, David J. Gutierrez, William G. Gilbert; Eliel K. Teixeria; Giovanni A. Paterno; Jason W. Pearson; Mickey S. Manzo; Gerard R. Smith, re: Brown, Anthony #2874104 | 5/14/14 | 5/14/14 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 47 | Email dated 09/13/11, 12:43 PM, from Gerard R. Smith to Carlos Castillo; Jason E. Colon; Justin J. Crumlish; Joseph T. Eiland; Sterling G. Haley; Noah J. Kirk; Calvin E. Lane Jr.; Ryan G. Ortiz; Jason W. Pearson; Michael C. Rathbun; James M. Sexton; Matthew G. Thompson, CC: to Mickey S. Manzo, re: SECURITY DETAIL | 5/14/14 | 5/14/14 |
| 48 | Sexton Grand Jury Testimony | 5/16/14 | 5/16/14 |
| 49 | Summary of GJ Subpoenas received | 5/15/14 | 5/15/14 |
| 50 | Email dated 08/26/11 from Yolanda Baines to Lawrence Middleton | 5/15/14 | |
| 51 | LASD Time Cards for Defendant James Sexton for 08/07/11 to 10/22/11 | 5/15/14 | 5/15/14 |
| 52 | Recording of AB Interview 08/21/11 a.m. | 5/14/14 | |
| 53 | Recording of AB Interview 08/21 11 a.m. excerpts | 5/14/14 | 5/14/14 |
| 54 | Transcript of 08/21/11 a.m. Recording Excerpts | 5/14/14 | |
| 55 | Summary Emails in LASD System | | |
| 56 | Email chain dated 9/12/11 | 5/14/14 | 5/14/14 |
| 57 | Robert Bayes – entry/exit log | 5/14/14 | |
| 61 | Video of Agent Marx | 5/15/14 | 5/15/14 |
| 62 | Inmate total movement history report for John Rodriguez | 5/15/14 | 5/15/14 |
| 63 | Stipulation re: Grand Jury Testimony | 5/16/14 | |
| 66 | Email from Carey to Leavins | 5/19/14 | 5/19/14 |
| 67 | ICIB Report | 5/19/14 | |

# DEFENSE TRIAL EXHIBIT LIST

**Case Title:** *United States of America vs. Gregory Thompson, et al.*

**Case No.:** CR 13-819-PA

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| TX200 | LASD Organization & Departmental Chart (combined) | | |
| TX201 | LASD Departmental Chart | | |
| TX202 | 9/26/2011 Letter from Leroy Baca to André Birotte | | |
| TX203 | JIU/OSJ Cell-Phone Investigation Time Line of Events | | |
| TX204 | 8/17/2011 Report of Interview of Inmate Anthony Brown from R. Bayes to G. Thompson | | |
| TX205 | 8/18/2011 CHS Cover Exposed (FBI Form FD-1040a) | 5/16/14 | |
| TX206 | ICIB/SOG Weekly Activity Reports | | |
| TX207 | 8/26/2011 Email from G. Thompson to W. Carey regarding Court Order | | |
| TX208 | 8/31/2011 Email from A. Davis to P. Yoshinaga, and Attached Report regarding Confidential Investigation | 5/19/14 | |
| TX209 | 9/21/2011 LASD Supplementary Report | | |
| TX210 | Carey Inbox Emails | | |
| TX211 | Carey Sent Emails | | |
| TX212 | JIU/OSJ Cell-Phone Investigation Time Line of Events | | |
| TX213 | 8/29/2011 Email from G. Thompson to M. Manzo and P. Yoshinaga regarding Cellphone Investigation | | |
| TX214 | 8/29/2011 Email from S. Leavins to P. Yoshinaga attaching Brown Memo | | |
| TX215 | 9/2/2011 Email from S. Leavins to P. Yoshinaga regarding Legal Issues | | |
| TX216 | 8/24/2011 Email from G. Smith to J. Sexton, et al., regarding Most Important LASD Investigation | | |
| TX217 | LASD Manual 5-07/030.00 | | |
| TX218 | 8/8/11 Incident Report | | |
| TX219 | Anthony Brown RAP Sheet | | |

| | | | |
|---|---|---|---|
| TX220 | Task Force Weekly Report: Septemper 18 to 24, 2011 | | |
| TX221 | 8/18/2011 Email from G. Thompson to R. Bayes regarding Anthony Brown | | |
| TX222 | 9/12/2011 Email from J. Sexton to R. Cardenas regarding Anthony Brown In-Custody Release | | |
| TX223 | 8/25/2011 Email from S. Martinez to L. Baca regarding MCJ | | |
| TX224 | 8/18/2011 Email from G. Smith to M. Manzo regarding Transcript of Call Between Anthony Brown and FBI | | |
| TX225 | 8/17/2011 Email from R. Ornelas to G. Hosac regarding Inmate Brown Allegation | | |
| TX226 | 8/18/2011 Email from G. Smith to R. Bayes regarding Anthony Brown's Discipline Reports | | |
| TX227 | 8/24/2011 Email from P Tanaka to G. Thompson regarding Federal Complaint | | |
| TX228 | 8/24/2011 Email from P. Tanaka to G. Thompson regarding FBI Investigation | | |
| TX229 | 8/30/2011 Email from P. Tanaka to G. Thompson regarding FBI Interview Request | | |
| TX230 | 8/18/2011 Email from S. Martinez to L. Baca regarding Phone Call | | |
| TX231 | 8/25/2011 Email from T. Delaney to S. Martinez regarding CR Case | | |
| TX232 | 8/30/2011 Email from C. Narro to M. Moon regarding Withdrawal of Writ | | |
| TX233 | 8/31/2011 Email from T. Delaney to M. Moon regarding FBI Agents and Copying Credentials | | |
| TX234 | 9/9/2011 Email from T. Delaney to S. Martinez regarding LASD Talking Points | | |
| TX235 | 9/26/2011 Email from T. Delaney to S. Martinez regarding Cellphone Talking Points | | |
| TX236 | 8/19/2011 Email from G. Smith and M. Manzo regarding Anthony Brown Recorded Call on Global Tell | | |

| | | | |
|---|---|---|---|
| TX237 | 9/27/2011 Email from S. Martinez to A. Birotte regarding LA Times Article | | |
| TX238 | 11/9/2011 Email from R. Clark to S. Martinez regarding LASD | | |
| TX239 | 11/21/2011 Email from S. Martinez to P. Raimondi regarding LASD Potential Policy | | |
| TX240 | 8/24/2011 Email from L. Farrar to L. Middleton regarding Writ | 5/16/14 | 5/16/14 |
| TX241 | 8/18/2011 Email from V. Cockrell to P. Angelini regarding Chain of Command | | |
| TX242 | 9/27/2011 Email from A. Montero to S. Martinez, et al., regarding State Prosecution | | |
| TX243 | 9/28/2011 Email from T. Delaney to L. Marx, et al., regarding Final Statement | | |
| TX244 | 9/27/2011 Email from L. Eimiller to C. Narro et al., regarding AP Article | | |
| TX245 | 8/23/2011 Email from L. Middleton to L. Rhodes et al., regarding Writ | 5/16/14 | 5/16/14 |
| TX246 | 8/30/2011 Email from M. Moon to T. Delaney regarding LASD Matter | | |
| TX247 | Anthony Brown Handwritten Notes Dates 8/29/2011 | | |
| TX248 | 8/15/2011 FBI Request for Interim Authorization | | |
| TX249 | July 2010 FBI Law Enforcement Bulletin | | |
| TX250 | 9/27/2011 Investigative Timeline | | |
| TX251 | 9/27/2011 Email from C. Narro to M. Moon et al., regarding Investigative Timeline | | |
| TX252 | 9/9/2011 CHS Reporting Document (FBI Form FD-1023) | | |
| TX253 | 8/31/2011 Email from V. Bottom to B. Fitzpatrick regarding LASD Investigation | | |
| TX254 | 12/19/2013 FBI Memorandum regarding Meeting between AUSA L. Middleton, SSA C. Narro, and M. Gennaco | | |
| TX255 | 2/25/2014 FBI Memorandum regarding Notes of 9/9/2011 Call | | |

| | | | |
|---|---|---|---|
| | with M. Gennaco | | |
| TX256 | 9/12/2011 Email from C. Rhambo to P. Tanaka et al., regarding Patio | | |
| TX257 | 5/12/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 11410) | | |
| TX258 | 5/17/2010 Text Message between J. Sexton to P. Hampel (Instant Message: 5363) | | |
| TX259 | 5/17/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5365) | | |
| TX260 | 5/18/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5375) | | |
| TX261 | 7/24/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5389) | | |
| TX262 | 7/25/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5395) | | |
| TX263 | 7/25/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5397) | | |
| TX264 | 7/25/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5394) | | |
| TX265 | 9/4/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5406) | | |
| TX266 | 9/4/2012 Text Message between J. Sexton to P. Hampel (Instant Message: 5409) | | |
| TX267 | Anthony Brown Letter to USAO and Exhibits in Support of Credibility | | |
| TX268 | July 2010 FBI Bulletin: Cellphones as Prison Contraband | 5/15/14 | |
| TX269 | 10/13/2011 FBI UIA regarding Drugs in Jail (FBI Form FD-1040a) | | |
| TX270 | MARX'S TBD FBI 302 REPORT | 5/15/14 | |
| TX271 | Middleton Notes | | |
| TX272 | 7/4/2011 Martinez Email to J. Sexton | 5/16/14 | |
| TX273 | LASD Manual 3-01 | 5/16/14 | 5/16/14 |
| TX274 | 1/4/2012 Video – Sheriff Baca | | |
| TX275 | Sheriff Baca Good Day LA Video Clip | | |