STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Deputy Chief, Public Corruption and Civil Rights
LIZABETH ANN RHODES (Cal. Bar No. 155299)
MARGARET L. CARTER (Cal. Bar No. 220637)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/7413
    Facsimile: (213) 894-6436
    E-mail:    Brandon.Fox@usdoj.gov
              Lizabeth.Rhodes@usdoj.gov
              Maggie.Carter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES SEXTON,<br><br>        Defendant. | No. CR 13-819-PA<br><br>[Proposed]<br><br>ORDER SEALING THE DECLARATION OF LIZABETH RHODES IN SUPPORT OF THE GOVERNMENT'S OPPOSTION TO DEFENDANT SEXTON'S MOTION FOR BAIL PENDING APPEAL<br><br>Hearing Date: February 9, 2015<br>Hearing Time: 3:30 p.m.<br>Location:    Courtroom of the<br>              Hon. Percy Anderson |

```
 1  For good cause shown, IT IS HEREBY ORDERED THAT:
 2       The government's ex parte application for sealed filing is
 3  GRANTED.  The document sought to be filed under seal shall be filed
 4  under seal.
 5
 6
 7  January 27, 2015                    [signature]
 8  DATE                                HONORABLE PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE
 9
10
11
12  IN CASE OF DENIAL:
13       The government's application for sealed filing is DENIED.  The
14  underlying document shall filed publically based on order of the
15  court.
16
17
18  DATE                                HONORABLE PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE
19
    Presented by:
20
21  /s/ Lizabeth A. Rhodes
    LIZABETH A. RHODES
22  Assistant United States Attorney
23
24
25
26
27
28
                                     2
```